THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* VINCENT J. BADALAMENTI *et al.*, Defendants-Appellants.

(No. 59866; 

First District (1st Division)—June 2, 1975.

Opinion by Mr. JUSTICE EGAN.

Edward J. Downs, of Chicago, for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Jerome Charles Randolph, Assistant State's Attorneys, of counsel), for the People.